AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MICHAEL BROWN | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Quincy L Allen**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Quincy L Allen** was received by me on *(date)*________________________________.

- I personally served the summons on **Quincy L Allen** at *(place)*___________________________ ______________________________________ on *(date)*_________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MICHAEL BROWN<br>Plaintiff<br>v.<br><br>LUMEN TECHNOLOGIES INC , et al.<br>Defendant | )<br>)<br>) Civil Action No. 3:24−CV−00798−TAD−KDM<br>) Judge Terry A Doughty<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**Martha H Bejar**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Martha H Bejar** was received by me on *(date)*______________________________.

- I personally served the summons on **Martha H Bejar** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Virginia Boulet**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Virginia Boulet** was received by me on *(date)*________________________________.

- I personally served the summons on **Virginia Boulet** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or
- I returned the summons unexecuted because ______________________ __________________________________________; or
- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**Peter C Brown**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Peter C Brown** was received by me on *(date)*______________________________.

- I personally served the summons on **Peter C Brown** at *(place)*_________________________ __________________________________ on *(date)*______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ____________ _________________________ , a person of suitable age and discretion who resides there, on *(date)* ________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____________________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ ______________________________________ on *(date)* ____________________; or

- I returned the summons unexecuted because ____________________ ______________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: ______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MICHAEL BROWN<br>Plaintiff<br>v.<br><br>LUMEN TECHNOLOGIES INC , et al.<br>Defendant | )<br>)<br>) Civil Action No. 3:24−CV−00798−TAD−KDM<br>) Judge Terry A Doughty<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**Kevin P Chilton**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kevin P Chilton** was received by me on *(date)*_______________________________.

- I personally served the summons on **Kevin P Chilton** at *(place)*___________________________ _____________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Steven T Clontz**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Steven T Clontz** was received by me on *(date)*______________________________.

- I personally served the summons on **Steven T Clontz** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________ ______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Indraneel Dev**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Indraneel Dev** was received by me on *(date)*________________________________.

- I personally served the summons on **Indraneel Dev** at *(place)*____________________________ _______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Jim Fowler**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jim Fowler** was received by me on *(date)*_______________________________.

- I personally served the summons on **Jim Fowler** at *(place)*___________________________ _____________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

_______________________________
*Server's signature*

_______________________________
*Printed name and title*

_______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**T Michael Glenn**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **T Michael Glenn** was received by me on *(date)*______________________________.

- I personally served the summons on **T Michael Glenn** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________ ______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**W Bruce Hanks**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24-CV-00798-TAD-KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **W Bruce Hanks** was received by me on *(date)*______________________________.

- I personally served the summons on **W Bruce Hanks** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Kate Johnson**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kate Johnson** was received by me on *(date)*_________________________________.

- I personally served the summons on **Kate Johnson** at *(place)*____________________________ _______________________________________ on *(date)*_________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ________________________, who is designated by law to accept service of process on behalf of *(name of organization)* _______________________ ____________________________________________ on *(date)* _______________________; or

- I returned the summons unexecuted because _______________________ ____________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

_________________________________
*Server's signature*

_________________________________
*Printed name and title*

_________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Hal Stanley Jones**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Hal Stanley Jones** was received by me on *(date)*______________________________.

- I personally served the summons on **Hal Stanley Jones** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Mary L Landrieu**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Mary L Landrieu** was received by me on *(date)*______________________________.

- I personally served the summons on **Mary L Landrieu** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| MICHAEL BROWN<br>Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) | Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al.<br>Defendant | ) | |
| | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**Diankha Linear**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Diankha Linear** was received by me on *(date)*______________________________.

- I personally served the summons on **Diankha Linear** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL BROWN<br>Plaintiff | ) | |
| v. | ) | Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) | Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al.<br>Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**Lumen Technologies Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Lumen Technologies Inc** was received by me on *(date)*______________________________.

- I personally served the summons on **Lumen Technologies Inc** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| MICHAEL BROWN<br>Plaintiff | ) | |
| v. | ) | Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) | Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al.<br>Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**Eric J Mortensen**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Eric J Mortensen** was received by me on *(date)*______________________________.

- I personally served the summons on **Eric J Mortensen** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MICHAEL BROWN<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Harvey P Perry**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Harvey P Perry** was received by me on *(date)*________________________________.

- I personally served the summons on **Harvey P Perry** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

_________________________________
*Server's signature*

_________________________________
*Printed name and title*

_________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MICHAEL BROWN<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Glen F Post, III**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Glen F Post, III** was received by me on *(date)*________________________________.

- I personally served the summons on **Glen F Post, III** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MICHAEL BROWN<br>Plaintiff | ) |
| v. | ) Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al.<br>Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Michael J Roberts**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Michael J Roberts** was received by me on *(date)*______________________________.

- I personally served the summons on **Michael J Roberts** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________ ______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

MICHAEL BROWN )
Plaintiff )
v. ) Civil Action No. 3:24−CV−00798−TAD−KDM
) Judge Terry A Doughty
LUMEN TECHNOLOGIES INC , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Laurie Siegel**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Laurie Siegel** was received by me on *(date)*________________________________.

- I personally served the summons on **Laurie Siegel** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL BROWN<br>Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) | Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al.<br>Defendant | ) | |
| | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**Chris Stansbury**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Chris Stansbury** was received by me on *(date)*______________________________.

- I personally served the summons on **Chris Stansbury** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________ ______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MICHAEL BROWN<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 3:24−CV−00798−TAD−KDM |
| | ) Judge Terry A Doughty |
| LUMEN TECHNOLOGIES INC , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Jeffrey K Storey**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alex S Aughtry**
**Katie Lasky Law**
**619 Homedale St**
**New Orleans, LA 70124**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 6/13/2024

/s/ − Daniel J. McCoy

3:24−CV−00798−TAD−KDM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jeffrey K Storey** was received by me on *(date)*________________________________.

- I personally served the summons on **Jeffrey K Storey** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or
- I returned the summons unexecuted because ______________________ __________________________________________; or
- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc: